VICTORIA COURY, Respondent, v. SOPHIE SERHAN and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

In the Matter of the Petition of HANNAH McNALLY to Prove the Last Will and Testament of MARY ANN CALNAN, Late of the County of Kings. MARY KELLY, Appellant; EDWARD J. S. FARRELL, Special Guardian for PATRICK CALNAN or CALLAGHAN, an Unknown Heir, and HANNAH McNALLY, as Executrix, etc., of MARY ANN CALNAN, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

JOHN MACKEY, Appellant, v. JUMEL HOLDING COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

HIRAM E. MEEKER, as Receiver of FIRST NATIONAL BANK IN MAMARONECK, Respondent, v. ORAMAM REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 563.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

ELAINE A. PAGE, Appellant, v. NASSAU RIDING ACADEMY, INC., Defendant, and FRED A. ZIMMERMANN and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

STEPHEN L. PORTER, Respondent, v. NEW PALTZ SAVINGS BANK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK C. KEEFE, Appellant.— Motion to reverse judgment of conviction and order a new trial granted. In view of the death of the stenographer and the conceded inability to obtain a transcript of the minutes there is no alternative other than to direct a new trial. (People [Berry] v. DeWilkowska, 246 App. Div. 285.) Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH RYAN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

WOLF ROSEN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

SAMUEL SHERMAN, Appellant, v. COMMERCIAL CASUALTY INSURANCE COMPANY, etc., Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.